UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sheri L Schumann Tax &
Accounting Inc., et al.,

                      Plaintiff(s),

v.                                             Case No. 1:20−cv−12924−TLL−PTM
                                            Hon. Thomas L. Ludington

John Does 1−10, et al.,

                      Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan, for the following proceeding(s):

- BENCH TRIAL: April 19, 2022 at 08:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                             By: s/K Winslow
                                                                                  Case Manager

Dated: May 17, 2021