UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sheri L Schumann Tax &
Accounting Inc., et al.,

                    Plaintiff(s),

v.                                           Case No. 1:20−cv−12924−TLL−PTM
                                            Hon. Thomas L. Ludington

John Does 1−10, et al.,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Patricia T. Morris at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE: October 14, 2021 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                 By: s/K Castaneda
                                                        Case Manager

Dated: August 12, 2021