# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

SHERI L. SCHUMANN TAX &
ACCOUNTING, INC.,
and
THE ZION EVANGELICAL LUTHERAN
CHURCH OF BAY CITY, MICHIGAN,

Case No. 1:20-cv-12924

Honorable Thomas Ludington
Magistrate Judge Patricia Morris

      Plaintiffs,

v.

TCF NATIONAL BANK, and
JOHN DOES 1-10,

      Defendants.

---

## STIPULATED ORDER EXTENDING SELECT DATES IN
## CASE MANAGEMENT AND SCHEDULING ORDER

On April 6, 2021, the Court entered the Case Management and Scheduling Order (ECF No. 16) (the "Order"). Since then, Plaintiffs and Defendant TCF National Bank ("TCF") have been working diligently to comply with the deadlines provided in the Order, but both Plaintiffs and TCF agree that additional time is necessary to complete fact discovery in the matter and to exchange expert disclosures.

Accordingly, Plaintiffs and TCF, through their counsel, hereby stipulate to an extension of certain dates and deadlines in this Court's Case Management and Scheduling Order (D.I. #16) as follows:

| *Event* | *Current Date/Deadline* | *New Date/Deadline* |
|---|---|---|
| Close of Fact Discovery | September 7, 2021 | November 26, 2021 |
| Expert Disclosure | September 27, 2021 (*Plaintiffs*) <br><br> October 25, 2021 (*Defendants*) | October 11, 2021 (*Plaintiffs*) <br><br> November 8, 2021 (*Defendants*) |

The foregoing changes will not impact existing dates / deadlines for summary judgement motions, the pretrial conference, or trial.

Plaintiffs and TCF further request that the settlement conference currently scheduled for December 1, 2021 at 2:00 p.m. shall be referred to the Hon. Magistrate Judge Patricia T. Morris and conducted via remote video interface on October 14, 2021. This is the parties' first request to modify the Case Management and Scheduling Order.

**IT IS HEREBY ORDERED** that pursuant to the parties' stipulation, the Court's Case Management and Scheduling Order (ECF No. 16) is extended as follows: fact discovery cutoff is moved to November 26, 2021; expert disclosure—plaintiffs is moved to October 11, 2021; and expert disclosure—defendants is moved to November 8, 2021.

**IT IS FURTHER ORDERED** that the settlement conference currently scheduled for December 1, 2021 at 2:00 pm is cancelled and rescheduled to take place via remote video interface before Magistrate Judge Patricia Morris on October 14, 2021 at 10:00 a.m. per the Notice to Appear, ECF No. 23.

Except as expressly provided herein, all other deadlines and matters set forth in the Case Management and Scheduling Order shall remain in full force and effect.

Dated: August 16, 2021                               s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| /s/ Amanda Osorio (*with permission*) | /s/ Katherine L. Pullen |
| REVISION LEGAL, PLLC | WARNER NORCROSS + JUDD LLP |
| John Di Giacomo (P73056) | Andrea Bernard (P49209) |
| 444 Cass St., Suite D | 150 Ottawa Ave. NW, Suite 1500 |
| Traverse City, MI 49684 | Grand Rapids, MI 49503-2832 |
| (231) 714-0100 | 616-752-2000 |
| john@revisionlegal.com | abernard@wnj.com |
| | |
| Amanda Marie-Anderson Osorio (P79006) | Jonathan Lauderbach (P51313) |
| 1514 Wealthy Street, Suite 258 | 715 E. Main Street, Suite 110 |
| Grand Rapids, MI 49506 | Midland, MI 48640-5382 |
| (616) 258-6770 | 989-698-3700 |
| amanda@revisionlegal.com | Jlauderbach@wnj.com |
| | |
| *Counsel for Plaintiffs* | Katherine Pullen (P74511) |
| | 2715 Woodward Ave., Ste. 300 |
| | Detroit, MI 48201-3030 |
| | 313-546-6000 |
| | kpullen@wnj.com |
| | |
| | *Counsel for Defendant TCF National Bank* |