# U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

SHERI L. SCHUMANN TAX &
ACCOUNTING, INC., and THE
ZION EVANGELICAL LUTHERAN
CHURCH OF BAY CITY, MICHIGAN,

    Plaintiffs,

v.

TCF NATIONAL BANK,
and JOHN DOES 1-10,

    Defendants.
_____/

Case No. 1:20-cv-12924

Hon. Thomas Ludington

## INDEX OF EXHIBITS TO DEFENDANT TCF NATIONAL BANK'S MOTION TO AMEND ITS PLEADINGS TO ADD COUNTERCLAIMS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | TCF's Proposed Counterclaims (*with Exhibit A thereto*) |
| 2 | Unpublished cases |